IN THE UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KRIS MALKOVSKY, | ) | CASE NO. 1:17-cv-01155-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF WITHDRAWAL OF** |
| DORSKY YUE INTERNATIONAL, LLC, | ) | **DEFENDANTS' MOTION TO** |
| et al., | ) | **ENFORCE SETTLEMENT** |
| | ) | **AGREEMENT** |
| Defendants. | ) | |

Defendants hereby withdrawal their Motion to Enforce Settlement Agreement (ECF#22). After it was filed, Plaintiff provided an executed copy of the Settlement Agreement along with W-9s for herself and her counsel.  While Defendants still await an updated W-4 to process the payroll check, it is anticipated this document will be forthcoming shortly.  This Court's assistance is no longer required to enforce the agreement reached by the Parties.

Respectfully submitted,

*s/Julie L. Juergens*

**JULIE L. JUERGENS (0066873)**
GALLAGHER SHARP LLP
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio  44115
(216) 241-5310 (phone)
(216) 241-1608 (fax)
jjuergens@gallaghersharp.com
*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2018 the foregoing Notice of Withdrawal of Motion to Enforce Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

s/ *Julie L. Juergens*
**JULIE L. JUERGENS (0066873)**
*Counsel for Defendants*